**No. 11-5368. In re Rayshon Thomas, Petitioner.**

565 U.S. 814, 132 S. Ct. 396, 181 L. Ed. 2d 250, 2011 U.S. LEXIS 6485.

October 3, 2011. Petition for writ of mandamus and/or prohibition denied.

**No. 11-5369. In re Rayshon Thomas, Petitioner.**

565 U.S. 814, 132 S. Ct. 396, 181 L. Ed. 2d 250, 2011 U.S. LEXIS 6479.

October 3, 2011. Petition for writ of mandamus and/or prohibition denied.

**No. 11-5674. In re Brian Short, Petitioner.**

565 U.S. 814, 132 S. Ct. 396, 181 L. Ed. 2d 250, 2011 U.S. LEXIS 6323.

October 3, 2011. Petition for writ of mandamus denied. The Chief Justice took no part in the consideration or decision of this petition.

**No. 10-1243. Thomas Cunningham, Petitioner v. United States.**

565 U.S. 937, 132 S. Ct. 396, 181 L. Ed. 2d 250, 2011 U.S. LEXIS 6543.

October 3, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 990, 131 S. Ct. 2471, 179 L. Ed. 2d 1213, 2011 U.S. LEXIS 3796.

**No. 10-10187. Jerome A. Williams, Petitioner v. Ralph Hooks, Warden.**

565 U.S. 937, 132 S. Ct. 396, 181 L. Ed. 2d 250, 2011 U.S. LEXIS 6336.

October 3, 2011. Petition for rehearing denied.

Former decision, 564 U.S. 1042, 131 S. Ct. 3072, 180 L. Ed. 2d 896, 2011 U.S. LEXIS 4863.